UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                    Plaintiff,                          **MEMORANDUM**

            -against-                                                   25 Cr. 400 (KMK)

OLLENS JULES,

                                    Defendant.
-------------------------------------------------------------x

TO:  Kenneth M. Karas, United States District Judge:

        Please find attached a transcript of the September 4, 2025 plea allocution over which I
presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of
further assistance.

Dated: November 6, 2025
           White Plains, New York

                                                Respectfully Submitted,

                                                _Judith C. McCarthy_
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge