# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

---

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

December 29, 2025

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Ollens Jules*, 25 Cr. 400 (KMK)

Your Honors:

I represent the defendant Ollens Jules in the referenced case and am submitting this letter to request that the sentencing, currently scheduled for January 13, 2026, be postponed approximately thirty days. The reason for this request is that I am still in the process of gathering letters of support from Mr. Jules' family and friends, a process that has been delayed somewhat due to the holidays.

The government consents to this application.

Granted. Sentence is adjourned to 2/18/26, at 2:00

Respectfully submitted,

So Ordered.

12/29/25

/s/
James E. Neuman